UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

SANUK INVESTMENT, LLC,
SHARON SCHEUTZE, and EAGER, LLC
On behalf of themselves and others
similarly situated.

       Plaintiffs,         Case No. 18-11799
v.         HON: Victoria A. Roberts

CITY OF DETROIT, a Municipal Corporation

       Defendant.
_____

| THE LAW OFFICES OF AARON D. COX, PLLC | CITY OF DETROIT LAW DEPARTMENT |
|---|---|
| By: Aaron D. Cox (P69346) | By: Eric B. Gaabo P39213 |
| Co-Counsel for Plaintiff | Attorneys for Defendant |
| 23380 Goddard Rd. | 2 Woodward Ave., 5th Floor |
| Taylor, MI 48180 | Detroit, MI 48226 |
| 734-287-3664 | 313-237-3052 |
| www.aaroncoxlaw.com | Gaabo@detroitmi.gov |

MARK K. WASVARY, P.C.
By: Mark K. Wasvary (P51575)
Co-Counsel for Plaintiff
2401 W. Big Beaver Rd., Suite 100
Troy, MI 48084
248-649-5667
markwasvary@hotmail.com

_____

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

    Upon stipulation of the parties;

IT IS ORDERED THAT this matter is dismissed with prejudice and without costs.

This Order resolves the last pending matter.

s/ Victoria A. Roberts<br>U.S. District Court Judge

Dated:  9/24/19

So stipulated,


/s/ Mark K. Wasvary
Mark K. Wasvary P51575
Attorney for Plaintiffs


/s/ Eric B. Gaabo w/ permission
Eric B. Gaabo P39213
Attorney for Defendant